# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| | | |
|---|---|---|
| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Kimball, Dale A. | 2. Court or Organization<br><br>United States District Court - Utah | 3. Date of Report<br><br>03/22/06 |

| | | |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>US District Judge, Active | 5. ReportType (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial ___X___ Annual ___ Final | 6. Reporting Period<br><br>01/01/05 to 12/31/05 |
| 7. Chambers or Office Address<br><br>350 S. Main Street, #222<br>Salt Lake City, UT 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] **NONE** (No reportable positions.) | |
| 1 Counselor to the Inn | American Inn of Court I |
| 2 Director | Utah Chapter, Federal Bar Association |
| 3 Member | Utah Chapter of Fellows of American Bar Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] **NONE** (No reportable agreements.) | |
| 1 1997 | Parr, Waddoups Pension Plan & Profit Sharing Plan (no control except for the 1,580 units the Retirement Plan owns for me in Mt. Jordan, a Limited Partnership). The Retirement Plan is managed by 401-K Plan, Participant Services, Austin, Texas |
| 2 | |
| 3 | |

FINANCIAL DISCLOSURE OFFICE
2006 MAR 30 A 9:3
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] **NONE** (No reportable non-investment income.) | | |
| 1 2005 | Social Security (from April through December) | $ 17,037.00 |
| 2 2005 | Spouse: Intermountain Health Care (spouse is a registered nurse) | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Dale A. Kimball | 03/22/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| x | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| x | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| x | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: 
J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Dale A. Kimball | 03/22/06 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets,  | | | | | | | | | |
| 1  Village Apts.-Ltd. Partnership | B | Dividend | None | T | Sale | 6/23 | M | M | Village Associates, Ltd. |
| 2  ⬤ Units Mt. Jordan | A | Div/Int. | K | T | None | | | | |
| 3  ⬤ Shares Draper Irrigation | None | None | J | T | None | | | | |
| 4  BioMeridian Corp. (See VIII) | None | None | J | T | None | | | | |
| 5  Parr, Waddoups Pension (See VIII) | None | None | N | T | None | | | | |
| 6  Bank One | A | Interest | K | T | None | | | | |
| 7  ⬤ acre parcel real estate (See VIII) | None | None | M | W | None | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII. Investments and Trusts: A.4 cont'd. - worthless, written off for tax purposes in 2004

Part VII. Investments and Trusts: A.5 cont'd - & Profit Sharing Plan (No control except for 1,580 units the Retirement Plan owns for me in

Mt. Jordan, a Limited Partnership)

Part VII. Investments and Trusts: A.7 cont'd. - Salt Lake County, Utah (S) This land was part of and attached to residence land but in 1999

third parties developing land north of this parcel have finished a lane-type road to its northwest boundary. Now, arguably, this parcel could

be classified as potential investment property.

## IX.  CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _March 22, 2006_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544